UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **DIRECTV, INC.,** | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | No. 3:05cv0671 AS |
| | ) | |
| **MARC OBREGON,** | ) | |
| | ) | |
| Defendant. | ) | |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case. Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on January 25, 2007, and as of today, there were no objections or responses filed by the defendant. This court now **ADOPTS** the recommendation of the magistrate judge. The Court will enter a separate order granting the motion for default judgment. **IT IS SO ORDERED.**

    **DATED: February 20, 2007**


                                              **S/ ALLEN SHARP**
                                              **ALLEN SHARP, JUDGE**
                                              **UNITED STATES DISTRICT COURT**


cc: The Honorable Christopher A. Nuechterlein